LINDA L. SAGER ESQ., Bar No. 185584
lsager@heroldsagerlaw.com
MICHAEL D. DOUGLAS ESQ., Bar No. 265210
mdouglas@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
(760) 487-1047 / (760) 487-1064 FAX

JS-6

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY SANITATION DISTRICT<br><br>                    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P., a New York Corporation; A; and DOES 1 through 50, Inclusive,<br><br>                    Defendants. | CASE NO.<br>8:12-cv-00854-JVS-AJW<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Defendants Liberty Mutual Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA ("Defendants") filed Motions to Dismiss Plaintiff Orange County Sanitation District's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on July 20, 2012.  Defendants' respective motions came for hearing before this Court on September 21, 2012.

Having read, reviewed and considered the First Amended Complaint, the moving papers, oppositions thereto and reply briefs in support of the same, the pleadings of which the Court takes judicial notice and the arguments of counsel, the Court dismisses this action with prejudice for all of the reasons set forth in the Court's Order Granting Defendants' Motions to Dismiss the First Amended

1

1    Complaint, which is attached as Exhibit A to this Order.

2         **IT IS ORDERED** that this matter is dismissed with prejudice and judgment

3    is entered in favor of Defendants pursuant to Federal Rule of Civil Procedure 41(b).

4

5

6    October 10, 2012                    _____

7                                        Judge of the United States District
                                         Court, Central District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28